MN-305
(10/00)

#189910

RECEIVED
10 JAN 21 AM 10: 34
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Timothy L. & Patricia K. Pierce

Chapter 7 Case No. 09-40915

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Roundup Funding, LLC | 1 | | $3.49 |

Date: January 20, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN 55402
(612) 332-8871  #63538